IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KASEY CARLSON,

    Plaintiff,

v.

CHIPPEWA VALLEY
TECHNICAL COLLEGE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-840-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Chippewa Valley Technical College against plaintiff Kasey Carlson granting defendant's motion for summary judgment as to plaintiff's claims under the Family and Medical Leave Act and declining to exercise supplemental jurisdiction over the remaining state law claims.

| s/ K. Frederickson, Deputy Clerk | May 11, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |