UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

Kasey Carlson,

           Plaintiff,

v.

Chippewa Valley Technical College,

           Defendant.

NOTICE OF APPEAL

Case No. 16 cv 840

Notice is hereby given that Kasey Carlson, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final Judgment entered in favor of Defendant, Chippewa Valley Technical College, and against Plaintiff, Kasey Carlson, granting Defendant's Motion for Summary Judgment and dismissal of the case on May 11, 2018.

Dated: __6/5/18__

           BAKKE NORMAN, S.C.

           By: _____
           Peter M. Reinhardt
           Attorney No. 1025187
           2919 Schneider Avenue SE, P.O. Box 280
           Menomonie, WI 54751-0280
           (715) 235-9016
           preinhardt@bakkenorman.com

           Attorneys for Kasey Carlson